**M. M. Olson, appellee, v. Chris G. Leventis, appellant. Gen. No. 29,801.**

Action for work done and materials furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 9, 1925. Rehearing denied June 23, 1925.

John P. Gavaris, for appellant. No appearance for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**Charles J. Tressler, appellee, v. Union Fuel Company et al., on appeal of Andrew Stevenson, appellant. Gen. No. 30,024.**

Receivership proceeding. Interlocutory order appointing receiver. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed. Opinion filed June 9, 1925.

Moses, Kennedy, Stein & Bachrach, for appellant; Hirsch E. Soble, of counsel. Samuel Kraus, for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**Walter J. Flems, appellee, v. William T. Dickerman, appellant. Gen. No. 29,619.**

Action for slander. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed June 9, 1925.

William T. Dickerman, *pro se*. Dulsky, Friedman & Schimberg, for appellee; Louis Dulsky, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

**First National Bank of Oak Park, Illinois, plaintiff and appellant, v. W. H. Williams et al., defendants. Mary A. Williams, appellee. Gen. No. 29,628.**

Judgment by confession. Set aside as to defendant surety. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 9, 1925.

Charles F. Vogel, for appellant. A. S. & E. W. Froehlich, for appellee.

Mr. Justice Gridley delivered the opinion of the court.